UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

In re:　　　　　　　　　　　　　　　　　　　Case No.: 8:08-bk-16972-KRM
　　　　　　　　　　　　　　　　　　　　　　　Chapter 11
COLONY BEACH AND TENNIS
CLUB ASSOCIATION, INC.,

　　　　　　Debtor.
_____/

## NOTICE OF OCCURRENCE OF EFFECTIVE DATE OF PLAN OF REORGANIZATION UNDER CHAPTER 11 OF THE UNITED STATES BANKRUPTCY CODE FOR COLONY BEACH AND TENNIS CLUB ASSOCIATION, INC. DATED AS OF FEBRUARY 6, 2009

**PLEASE TAKE NOTICE** that, pursuant to Articles 1.45, 10.2 and 10.3 of the Plan of Reorganization Under Chapter 11 of the United States Bankruptcy Code for Colony Beach and Tennis Club Association, Inc. Dated As of February 6, 2009 (Doc. No. 101) filed by Colony Beach & Tennis Club Association, Inc. (the "**Debtor**"), as modified by (a) the First Modification to the Debtor's Plan of Reorganization Under Chapter 11 of the United States Bankruptcy Code for Colony Beach and Tennis Club Association, Inc. Dated As of February 6, 2009 (Doc. No. 214) and (b) the *ore tenus* modification made in open court on July 31, 2009 (as modified, the "**Plan**"), which was confirmed by the Order Confirming Chapter 11 Plan of Reorganization for Colony Beach and Tennis Club Association, Inc. entered on September 25, 2009 (Doc. No. 268), as modified by the Order Regarding Partnership's Motion for Reconsideration and/or Clarification of Order Confirming Chapter 11 Plan entered on October 26, 2009 (Doc. No. 284) (as modified, the "**Confirmation Order**"), by the United States Bankruptcy Court for the Middle District of Florida, Tampa Division, the conditions for the Effective Date of the Plan, as

defined therein, have been satisfied or waived.[1] Accordingly, the Effective Date shall be deemed to have occurred on November 6, 2009.

| | |
|---|---|
| Dated: Tampa, Florida<br>      April 9, 2010 | BUSH ROSS, P. A.<br>Post Office Box 3913<br>Tampa, Florida 33601-3913<br>(813) 224-9255 (telephone)<br>(813) 223-9620 (telecopy)<br>Attorneys for the Debtor<br><br>By:   /s/ Adam Lawton Alpert<br>      Jeffrey W. Warren<br>      Florida Bar No. 150024<br>      *jwarren@bushross.com*<br>      Adam Lawton Alpert<br>      Florida Bar No. 0490857<br>      *aalpert@bushross.com* |

---

[1] Although an appeal of the Confirmation Order is pending before the United States District Court for the Middle District of Florida, Case No. 08:09-cv-2380-T-EAK, the effectiveness of the Confirmation Order has not been stayed pending such appeal and the Debtor has waived the condition to effectiveness set forth in Article 10.2(a) of the Plan.

# CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on April 9, 2010, I electronically filed a true and correct copy of the foregoing Notice of Occurrence of Effective Date of Plan of Reorganization Under Chapter 11 of the United States Bankruptcy Code for Colony Beach and Tennis Club Association, Inc. Dated as of February 6, 2009 with the Clerk of the United States Bankruptcy Court for the Middle District of Florida by using the CM/ECF system and I furnished a copy of the foregoing document(s) to the following parties in the manner of service indicated below:

                                                    /s/ Adam Lawton Alpert
                                                          ATTORNEY

**Via the CM/ECF system which will send a Notice of Electronic Filing to:**

Assistant United States Trustee
Michael W. Cochran, Esq.
Roberta A. Colton, Esq.
Robert B. Glenn, Esq.
M. Lewis Hall, Esq.
Harley E. Riedel, Esq.
Robert A. Soriano, Esq.
United States Trustee
Lori V. Vaughan, Esq.
Mark J. Wolfson, Esq.

**Via regular United States mail, postage prepaid, to**

All parties listed on the attached All Parties Mailing Matrix

```
Label Matrix for local noticing          1984 Agreement                          3JS Ltd. #6
113A-8                                   1620 Gulf of Mexico Drive               5750 Castle Creek Pkwy. N. D
Case 8:08-bk-16972-KRM                   Longboat Key, FL 34228-3403             Suite 150
Middle District of Florida                                                       Indianapolis, IN 46250-4338
Tampa
Fri Apr  9 12:24:30 EDT 2010

529053 Ontario Ltd.                      84 Lumber                               A. Gregory Eaton
4800 Dufferin Street, Ste 20             Post Office Box 365                     121 W. Allegan Street
Downsview                                Eighty Four, PA 15330-0365              Lansing, MI 48933-1702
Ontario, Canada  M3H 5S9


A.M. and Beatrice Foti                   Ace Pump & Sprinkler House              Affordable Palm Service
William and Shirley Warren               2050 12th Street                        Post Office Box 21761
28 S. Woodside Lane                      Sarasota, FL 34237-2702                 Sarasota, FL 34276-4761
Buffalo, NY 14221-5949


Alan Fauchere                            Albritton's Nursery                     Adam L Alpert
Mary Jane Law                            4151 Porter Road                        Bush Ross P.A.
49 Timberline Trail                      Sarasota, FL  34233                     Post Office Box 3913
Aurora, Ontario, Canada  L4G                                                     Tampa, FL 33601-3913


Alvin and Gay Goldstone                  Andrew and Kathy Hawk                   Andy and Dotty Adams
8966 Tarrytown Drive                     528 Heatherwoods Circle                 801 Mooreland Lane
Richmond, VA 23229-7157                  Springboro, OH 45066-1529               Murfreesboro, TN 37128-4634


Ann M. Guerrera Ttee                     Anthony and Beatrice Foti               Arthur G. Portz Jr. and
8 Blueberry Hill Road                    Diana and Karen Foti                    Holly A. Koiro
Andover, MA 01810-5002                   28 S. Woodside Lane                     1917 Pepper Avenue
                                         Buffalo, NY 14221-5949                  Springfield, OH 45503-6043


Arthur and Lenore Fuhrer                 Assistant U.S. Trustee                  Association Members
161 Woodbine Road                        501 East Polk Street                    Unit owners listed on Sch. F
Roslyn Heights, NY 11577-1620            Suite 1200                              1620 Gulf of Mexico Drive
                                         Tampa, FL 33602-3945                    Longboat Key, FL 34228-3403


Bank of America, N.A.                    Bank of America, N.A.                   Barbara R. Mitchell
c/o Mark J. Wolfson, Esq.                c/o Mark J. Wolfson, Esq.               9 Pepperidge Road
Foley & Lardner LLP                      Foley & Lardner LLP                     Morristown, NJ 07960-2532
100 N. Tampa Street, Suite 2700          100 N. Tampa Street, Suite 2700
Tampa, FL 33602-5810                     Tampa, Florida 33602-5810


Barry Spiegel                            Best Plumbing Specialties, I            Beth Callans Management Corp
506-33 Delisle Avenue                    Post Office Box 750                     595 Bay Isles Road
Toronto                                  Myersville, MD 21773-0750               #200
Ontario, Canada  M4V 1S8                                                         Longboat Key, FL 34228-3135


Betty S. Pityo                           Blake Fleetwood                         Blossom Levy
62 Lakewood Avenue                       5 W. 86th Street                        Thomas C. Hunt
Cedar Grove, NJ 07009-1508               Apt. 19A                                33 Gates Circle, Apt 7E
                                         New York, NY 10024-3665                 Buffalo, NY 14209-1197
```

| | | |
|---|---|---|
| Brenda M. Joyce<br>520 Howard Avenue<br>Lakeland, FL 33815-3405 | Brian W. Hands<br>169 Dunvegan Road<br>Toronto<br>Ontario, Canada  M5P 2P1 | Bruce and Constance Maxian<br>8978 Misty Creek Drive<br>Sarasota, FL 34241-9566 |
| Bud Collins<br>c/o The Sharf Mktg Group Inc<br>Post Office Box 67197<br>Chestnut Hill, MA 02467-0002 | Burton and Kathleen Harris<br>David and Susan Bank<br>Post Office Box 670<br>Woodstock, VT 05091-0670 | Bush Ross, PA<br>PO Box 3913<br>Tampa, FL 33601-3913 |
| Byers@Colony 503 LLC<br>5800 Winterthur Drive NW<br>Atlanta, GA 30328-4620 | C & N Realty Company<br>Attn: Stephen Newman<br>183 Meadowview Lane<br>Buffalo, NY 14221-3531 | Carl and Marion Wolf<br>627 Inwood Lane<br>South Orange, NJ 07079-1107 |
| Carl and Noreen Spezio<br>6694 Westminster Drive<br>East Amherst, NY 14051-2802 | Carl and Susan Rentschler<br>210 Main Street<br>Akron, PA 17501-1238 | Carmelito Esposito<br>103 Arlington Road<br>Utica, NY 13501-6206 |
| Carol B. Malloy Family Prtsh<br>Stephen and Kathryn Beaucham<br>1250 Brownell Avenue<br>Saint Louis, MO 63122-3208 | Carolyn L. Field<br>c/o M. Lewis Hall, Esquire<br>200 S.Orange Avenue<br>Sarasota, FL 34236-6802 | Carolyn L. Field, Trustee<br>c/o M. Lewis Hall, III, Esquire<br>200 S. Orange Avenue<br>Sarasota, FL 34236-6802 |
| Castle Commercial Services L<br>DBA Men At Work<br>5674 Marquesas Circle<br>Sarasota, FL 34233-3331 | Charles and Gail Gamble<br>1722 Hickory Gate Drive S<br>Dunedin, FL 34698-2412 | Charles and Maureen Schafer<br>35 Cedarfield<br>Syosset, NY 11791-1416 |
| Charles and Susan Kollar<br>123 Autumn Hill Road<br>Princeton, NJ 08540-2911 | Cinitel Corp.<br>1090 Don Mills Road, Ste 600<br>Toronto<br>Ontario, Canada  M3C 3R6 | Coast Gas<br>5206 US Hwy 41 North<br>Palmetto, FL 34221-2007 |
| Colony Beach & Tennis Club A<br>1620 Gulf of Mexico Dr.<br>Longboat Key, FL 34228-3499 | Colony Beach & Tennis Club Association, Inc<br>1620 Gulf of Mexico Dr.<br>Longboat Key, FL 34228-3499 | Colony Beach & Tennis Club I<br>Colony Beach<br>1620 Gulf of Mexico Dr.<br>Longboat Key, FL 34228-3499 |
| Colony Beach & Tennis Club I<br>Colony Beach Inc, W Merrill<br>1620 Gulf of Mexico Drive<br>Longboat Key, FL 34228-3499 | Colony Beach & Tennis Club I<br>Colony Beach Inc. Field TTEE<br>1620 Gulf of Mexico Dr.<br>Longboat Key, FL 34228-3499 | Colony Beach & Tennis Club I<br>Colony Beach Inc., W. Merrill<br>1620 Gulf of Mexico Drive<br>Longboat Key, FL 34228-3499 |
| Colony Beach & Tennis Club Inc/Colony Beach<br>Robert Soriano<br>c/o Greenberg Traurig<br>625 E. Twiggs Street, Suite 100<br>Tampa, FL 33602-3925 | Colony Beach & Tennis Club L<br>1620 Gulf of Mexico Dr.<br>Longboat Key, FL 34228-3499 | Colony Beach & Tennis Club, Inc.<br>1620 Gulf of Mexico Dr.<br>Longboat Key, FL 34228-3499 |

Colony Beach & Tennis Club, Inc.
c/o Greenberg Traurig, P.A.
Attn: Rob Soriano
625 E. Twiggs St., Suite 100
Tampa, FL 33602-3925

Colony Beach & Tennis Club, Inc./Colony Beac
Robert A. Soriano
Greenberg Traurig, P.A.
625 E. Twiggs Street, Suite 100
Tampa, FL 33602-3925

Colony Beach & Tennis Club, Ltd.
c/o Greenberg Traurig, P.A.
Attn: Robert Soriano
625 E. Twiggs St, Suite 100
Tampa, FL 33602-3925

Colony Beach Assocs., Ltd.
1620 Gulf of Mexico Dr.
Longboat Key, FL 34228-3499

Colony Beach Inc
1620 Gulf of Mexico Drive
Longboat Key, FL 34228-3499

Colony Beach Tennis Shop
c/o Greenberg Traurig, P.A.
Attn: Rob Soriano
625 E. Twiggs St., Suite 100
Tampa, FL 33602-3925

Colony Beach, Inc.
c/o Greenberg Traurig, P.A.
Attn: Rob Soriano
625 E. Twiggs St., Suite 100
Tampa, FL 33602-3925

Colony LLC
12621 Spring Mill Road
Carmel, IN 46032-9462

Colson and Patricia Hillier
42 Ocean Club Drive
Amelia Island, FL 32034-6543

Comcast Communications
Post Office Box 105184
Atlanta, GA 30348-5184

Comprehensive Transportation
Services, Inc
2525 Brunswick Avenue
Linden, NJ 07036-2438

D & R Automotive
400 Central Avenue
Sarasota, FL 34236-4940

David B. Thomas
258 Wellingwood Drive
East Amherst, NY 14051-1749

David Butler
Karl Klinges
420 Grand Avenue
Englewood, NJ 07631-4152

David Eckhart Ttee
886 Vaughn Road
Pottstown, PA 19465-8022

David Lay
285 Daulish Avenue
Toronto
Ontario, Canada  M4N 1J4

David and Julie Katz
Lawrence and Janette Katz
10 Iron Latch W
Saddle River, NJ 07458-1923

David and Lesley Reuben
Stephen Goldstein
530 Woburn Avenue
Toronto, Ontario, Canada  M5

David and Patrice Ryan
Richard Detskas Co-Ttee
154 Forestview Drive
Williamsville, NY 14221-1416

David and Susan Bank
4801 Reservoir Road
Geneseo, NY 14454-9736

Dean Feltham
21 Elm Ridge Acres Road
Thornhill, Ontario, Canada

Deborah A. Yablon and
Sandra E. Klein
910 Northumberland Drive
Schenectady, NY 12309-2814

Debra Harriman
c/o Juana Correa Gould & Rat
222 N. LaSalle St., Ste 800
Chicago, IL 60601-1011

Denco Properties (Florida) I
7071 Bayview Avenue, Suite 5
Thornhill
Ontario, Canada  L3T 7Y8

Dennis and Jerrice Barrett
338 Betty Lane
Saint Paul, MN 55118-2903

Dennis and Pamela Daily
2583 Orbit Drive
Lake Orion, MI 48360-1969

Department of Labor and Security
Hartman Building Suite 307
2012 Capital Circle Southeast
Tallahassee FL 32399 0648

Department of Revenue
PO Box 6668
Tallahassee FL 32314-6668

Dolores and Michael De Fazio
Debra Vojtsek & C Bowden
2115 Lake Shore Circle
Arlington Height, IL 60004-7201

Donna L. Schlorf Ttee
1932 Harbourside Drive
Unit 233
Longboat Key, FL 34228-4226

| | | |
|---|---|---|
| E. Scott and Judith Dalton<br>2871 Blaikley Drive<br>Hudson, OH 44236-2405 | Edward Farina<br>2001 Lakeview Court<br>Naperville, IL 60565-2851 | Edward Kalin Ttee<br>5252 S. Tamiami Trail<br>Sarasota, FL 34231-4233 |
| Edward and Elyse Rogers<br>Pamela Rogers<br>5809 Windy Gyle<br>Midland, MI 48640-6945 | Edward and Elyse Rogers Ttee<br>5809 Windy Gyle<br>Midland, MI 48640-6945 | Elizabeth Addison<br>12 Old Mill Tr, PH 7<br>Toronto<br>Ontario, Canada  M8X 2Z4 |
| Elizabeth Addison<br>12 Old Mill Trail, PH 07<br>Toronto<br>Ontario, Canada  M8X 2Z4 | Elsie Kearns<br>54 Edgewood Avenue<br>Larchmont, NY 10538-2338 | Eric and Eugenie Sundquist<br>Christopher & Kristin Wood<br>3040 Grand Bay Blvd. #254<br>Longboat Key, FL 34228-4400 |
| FAST - Florida Appraisal<br>Solution Team<br>2941 Cypress Creek Rd. Ste 1<br>Fort Lauderdale, FL 33309-1762 | Faytel Inc.<br>21 Elm Ridge Acres Road<br>Thronhill<br>Ontario, Canada  L3T 1N2 | FedEx<br>Three Galleria Tower<br>13155 Noel Road, Suite 1600<br>Dallas, TX 75240-5032 |
| Carolyn L. Field, Trustee of the Carolyn L.<br>c/o M. Lewis Hall, III, Esq.<br>Williams Parker Harrison Dietz & Getzen<br>200 S. Orange Avenue<br>Sarasota, FL 34236-6796 | Franz Tractor Company<br>5504 15th Street East<br>Bradenton, FL 34203-5999 | Friendly Pool Services<br>1777 Northgate Blvd.<br>A-7<br>Sarasota, FL 34234-2129 |
| Gary Glass<br>c/o Beth Callans Management<br>595 Bay Isles Road, #200<br>Longboat Key, FL 34228-3135 | George Reynolds<br>Asikadi Viswanathan<br>7469 Twin Branch Road<br>Atlanta, GA 30328-1749 | George and Christine<br>Kalicinsky<br>439 Park Blvd.<br>Winnepeg, Maintoba, Canada |
| George and Dolores Wehrlin<br>22 Corey Lane<br>Mendham, NJ 07945-3309 | George and Moya Layton, et a<br>c/o Robal Johnson<br>1000 Lake Shore Plaza Ste 40<br>Chicago, IL 60611-1354 | Gerald M. Sokol Ttee<br>Ann Lynn Sokol Family Trust<br>3919 Pascay Circle<br>Holiday, FL 34691-2610 |
| Gertrude and Walter Burr<br>Cornelia Burr-Tarrant<br>27 Neds Point Road<br>Mattapoisett, MA 02739-2113 | Gillian Ratcliffe<br>George Wehrlin<br>22 Corey Lane<br>Mendham, NJ 07945-3309 | Glen Livolsi and<br>Rodney Robito<br>57 Winter Street<br>Woburn, MA 01801-1236 |
| Robert B Glenn<br>Glenn Rasmussen Fogarty & Hooker, PA<br>100 South Ashley Drive, Suite 1300<br>Tampa, FL 33602-5309 | Glenn and Nancy Haroldson<br>805 W. Shore Drive<br>Butler, NJ 07405-2119 | Godfrey and Sherry Polistina<br>1363 King Street<br>Greenwich, CT 06831-2517 |
| Golf Coast Golf Cars Inc.<br>1770 N. Washington Blvd.<br>Sarasota, FL 34234-7523 | Gordon and Jo Ann Graham<br>1427 W. 86th Street<br>Suite 321<br>Indianapolis, IN 46260-2103 | Gordon and Sandra Bratter Tt<br>Lillian & Jonathan Jagid Tte<br>1620 Gulf of Mexico Dr. #13B<br>Longboat Key, FL 34228-3403 |

| | | |
|---|---|---|
| Grainger<br>8001 Forshee Drive<br>Jacksonville, FL 32219-5338 | GraybaR<br>Post Office Box 403062<br>Atlanta, GA 30384-3062 | Gregory Firestone<br>Robert and Judy Brauner<br>4228 Fairway Run<br>Tampa, FL 33618-8642 |
| Gregory and Barbara Montone<br>2617 Sledding Hill Road<br>Oakton, VA 22124-1541 | HD Supply Facilities<br>Management<br>Post Office Box 509058<br>San Diego, CA 92150-9058 | HD Supply Inc.<br>Post Office Box 101888<br>Atlanta, GA 30392-1888 |
| HD Supply Lumber & Building<br>Materials<br>Post Office Box 20429<br>Sarasota, FL 34276-3429 | HD Supply Lumber & Building<br>Materials<br>Post Office Box 471087<br>Lake Monroe, FL 32747-1087 | HD Supply Plumbing/HVAC, Ltd<br>Post Office Box 101888<br>Atlanta, GA 30392-1888 |
| HMF Famcorp Inc.<br>4800 Dufferin Street, Ste 20<br>Tornoto<br>Ontario, Canada  M3H 5S9 | M. Lewis Hall III<br>Williams Parker Harrison Dietz & Getzen<br>200 S. Orange Avenue<br>Sarasota, FL 34236-6796 | Harvey and Marjorie Abramson<br>Neal and Rochelle Newman<br>86 Buck Road<br>Southampton, PA 18966-1741 |
| Helene Lipton<br>2 Independence Place<br>Suite 1209<br>Philadelphia, PA 19106-3753 | Hi-Lite Services, Inc.<br>8466 N. Lockwood Ridge Rd.<br>Sarasota, FL 34243-2951 | Hill Manufacturing Company I<br>1500 Jonesboro Road SE<br>Atlanta, GA 30315-4085 |
| Howard and Muriel Friedman<br>Half Moon Lane<br>Port Washington, NY  11050 | Howard and Ydawn Wolfsohn<br>21 Chatham Avenue<br>Buffalo, NY 14216-3108 | Imperial Premium Finance, Inc.<br>Imperial A.I. Credit Co, Inc.<br>101 Hudson St, 34th Floor<br>Jersey City, NJ 07302-3905 |
| (p)INTERNAL REVENUE SERVICE<br>CENTRALIZED INSOLVENCY OPERATIONS<br>PO BOX 21126<br>PHILADELPHIA PA 19114-0326 | Irwin and Gloria Sparr<br>66 Faunce Drive<br>Providence, RI 02906-4807 | Isaac and Sandra Powell<br>1920 Strathcona Drive<br>Highland Park, MI 48203-1425 |
| James Freeman, Michelle<br>Pavillard, Fred & Davida Hur<br>16 Hickory Chase Lane<br>Big Flats, NY 14814-7955 | James J. Kennedy, Jr.<br>227 Colonia Park Drive<br>Springfield, PA 19064-3401 | James M. Bradley<br>605 Morningside Road<br>Newmarket<br>Ontario, Canada  L3Y 4V9 |
| James and Artemis Emslie<br>14017 Shady Shores Drive<br>Tampa, FL 33613-1932 | James and E. Lynne Passilla<br>Post Office Box 123<br>Windermere, FL 34786-0123 | James and Ilona Priest<br>2100 James Avenue S<br>Minneapolis, MN 55405-2405 |
| James and Jeffery Tolbert<br>Janice Hammersley Co-Ttee<br>34W366 White Thorn Road<br>Wayne, IL 60184-2230 | James and Jeri Freeman Co-Tt<br>2003 E. 37th Street<br>Tulsa, OK 74105-3427 | Janet J. Bounds<br>585 Bridgewood Drive<br>Rochester, NY 14612-3711 |

| | | |
|---|---|---|
| Jay Bar Associates<br>36 Riviera Drive<br>Monroe Township, NJ 08831-8891 | Jay and Barbara Rosovsky<br>1111 Bluffhaven Way<br>Atlanta, GA 30319-4820 | Jean Chang<br>200 E. 57th Street<br>Unit 12L<br>New York, NY 10022-2867 |
| Jean and Dirk Suringa Co Tte<br>3435 Bayshre Blvd.<br>Apt. 1600<br>Tampa, FL 33629-8811 | Jeffrey Sparr<br>Colony Beach & Tennis Club L<br>66 Faunce Drive<br>Providence, RI 02906-4807 | Jeffrey W. Warren<br>Post Office Box 3913<br>Tampa, FL 33601-3913 |
| Jeffrey and Kelly Castell<br>Mark Castell<br>12050 Landover Lane<br>Fishers, IN 46037-9548 | Jeffrey and Stuart Hands<br>c/o Dr. and Mrs. B. Hands<br>169 Dunvegan Road<br>Toronto, Ontario, Canada M5 | Jeffrey and Susan Stern<br>Wayne and Ardath Olson Co-Tt<br>39 Park Road<br>Scarsdale, NY 10583-2143 |
| Jerome and Sheila Birnbaum<br>8148 Collingwood Court<br>Bradenton, FL 34201-2349 | Jerry Abrams Ttee<br>Leadership Designs of FL LLC<br>1800 Ben Franklin Drive<br>Sarasota, FL 34236-2338 | John A. Mogen Ttee<br>942 Genesee Road<br>Akron, OH 44303-1316 |
| John C. Story and<br>Cynthia M. Thompson<br>6904 Mt. Royal Blvd.<br>Knoxville, TN 37918-9758 | John Keifer Ttee<br>155 N. Harbor Drive<br>Unit 708<br>Chicago, IL 60601-7318 | John S. Gydosh<br>617 Willow Crest Drive<br>Yatesville, PA 18640-3380 |
| John Sung<br>9765 Rocky Pt<br>Clarence, NY 14031-1589 | John and Anne Coffey<br>72 Dispatch Drive<br>Washington Cross, PA 18977-1167 | John and Cathleen McCarthy<br>16 Ridgeway Circle<br>White Plains, NY 10605-4119 |
| John and Dana Lamont<br>375 Holiday Drive<br>Somonauk, IL 60552-9541 | John and Donna Silver Ttee<br>100 Lockwood Drive<br>San Rafael, CA 94901-1400 | John and Marilyn Belamaric<br>7540 Horsemill Road<br>Grosse Ile, MI 48138-1128 |
| John and Marilyn Vandervelde<br>400 Barton Shore Drive<br>Ann Arbor, MI 48105-1028 | John and Mary Russo<br>488 Madison Avenue<br>Toms River, NJ 08753-6725 | John and Rosalee Niceforo<br>100 Great Pond Road<br>North Andover, MA 01845-3025 |
| John and Sharon Scott<br>303 Gilliam Drive<br>Warsaw, IN 46580-2112 | Jon and Terri Vadnal<br>33 Warrensburg Circle<br>Hudson, OH 44236-3139 | Joseph Ravin<br>155 Boxwood Circle<br>Hamburg, NY 14075-4213 |
| Joseph and Ann Guerrera Ttee<br>6 Blueberry Hill Road<br>Andover, MA 01810-5002 | Joseph and Joannette Dugan<br>Post Office Box 249<br>Wynne, AR 72396-0249 | Joseph and Ruth Nupuf<br>Philip and Nancy Margolis<br>228 Riverview Drive<br>Ann Arbor, MI 48104-1846 |

| | | |
|---|---|---|
| Jules Rabin<br>9 Damson Lane<br>Valley Stream, NY 11581-1736 | Karins Engineering Group Inc<br>2017 Fiesta Drive<br>Sarasota, FL 34231-3415 | Katheryn Heilman<br>44 Timber Ridge<br>Mount Kisco, NY 10549-3623 |
| Kathleen and Mitchell Humphr<br>Kathleen Humphrey Revoc Trus<br>1152 Chatswoth Place Drive<br>Chesterfield, MO 63017-8419 | Kazem and Nayereh Attai<br>7516 State Street<br>Quincy, IL 62305-8063 | Kenneth F. Kandefer, CPA<br>2262 Gulf Gate Drive<br>Sarasota, FL 34231-4815 |
| Kenneth and Kristine Gross<br>210 W. Rittenhouse Square<br>Apt. 1706<br>Philadelphia, PA 19103-5782 | Kesavan and Saraswathi Nair<br>Robert and Kathleen Kulig<br>8 Middlebrook Farm Road<br>Wilton, CT 06897-2014 | Lakin Smith PA<br>1401 Manatee Avenue West<br>Suite 1100<br>Bradenton, FL 34205-6743 |
| Benjamin E. Lambers<br>Timberlake Annex<br>501 E. Polk Street, Suite 1200<br>Tampa, FL 33602-3945 | Laurence Goldberg Ttee<br>226 Stibbard Avenue<br>Toronto<br>Ontario, Canada  M4P 2C3 | Le Tennique, Inc.<br>c/o Greenberg Traurig, P.A.<br>Attn: Rob Soriano<br>625 E. Twiggs St., Suite 100<br>Tampa, FL 33602-3925 |
| Leanne G. Rees<br>8701 Bellwood Road<br>Bethesda, MD 20817-3032 | Lee and Ruth Kreindler<br>100 Park Avenue<br>New York, NY 10017-5516 | Leonard A. Siudara<br>5865 Andover Court<br>Troy, MI 48098-2316 |
| Liebert and Maria Turner<br>143 W. 94th Street<br>New York, NY 10025-7016 | Lois E. Stoneham Ttee<br>143 Crestwood Court<br>Burlington<br>Ontario, Canada  L7L 2V9 | Lois Stoneham Ttee<br>143 Crestwood Court<br>Burlington<br>Ontario, Canada  L7L 2V9 |
| Luc and Georgina Boulay<br>4 Burns Place<br>St. Johns<br>Newfoundland, Canada  A1A 2B | Management Contract<br>Beth Callans Management Corp<br>595 Bay Isles Road #200<br>Longboat Key, FL 34228-3135 | Margaret and Michael Conner<br>Susan Dow & Sharon Sachse<br>22 Buttonwood Trail<br>Aurora, Ontario, Canada  L4G |
| Marion Goldstein<br>74 Mt. Vernon Road<br>Buffalo, NY 14226-4314 | Martin and Ami Sokol<br>10103 Lake Cove Lane<br>Tampa, FL 33618-4320 | Mary Rossi<br>9209 Amberwood Drive<br>Willoughby, OH 44094-9350 |
| Masterpiece LLC<br>2913 Plantation Road<br>Winter Haven, FL 33884-1233 | K. Rodney May<br>Tampa | McMaster-Carr Supply Co.<br>Post Office Box 7690<br>Chicago, IL 60680-7690 |
| William W. Merrill, as Trustee of the Willia<br>c/o M. Lewis Hall, III, Esquire<br>200 South Orange Avenue<br>Sarasota, FL 34236-6802 | Michael and Joan Coles<br>Post Office Box 133<br>Shelter Island H, NY 11965-0133 | Michael and Katherine Birck<br>744 South Oak<br>Hinsdale, IL 60521-4636 |

| | | |
|---|---|---|
| Michael and Lynnette Corey<br>Post Office Box 187<br>Union, NJ 07083-0187 | Michael and Susan Piercey<br>Post Office ox 449<br>South Salem, NY 10590 | Midco / BiCounty<br>2212 Sixth Street<br>Sarasota, FL 34237-2802 |
| Murphy and Lori Demunbrun<br>901 S. Green Street<br>Glasgow, KY 42141-2130 | Murray J. Klauber<br>1620 Gulf of Mexico Drive<br>Unit 12B<br>Longboat Key, FL 34228-3403 | Murray Klauber<br>1620 Gulf of Mexico Drive<br>Unit 500<br>Longboat Key, FL 34228-3403 |
| Murray Klauber<br>1620 Gulf of Mexico Drive<br>Unit 501<br>Longboat Key, FL 34228-3403 | N&N Associates, Inc.<br>Post Office Box 3042<br>Sarasota, FL 34230-3042 | N&N Supply<br>Post Office Box 3042<br>Sarasota, FL 34230-3042 |
| Nale Development (Florida) I<br>3641 W. Kennedy Blvd.<br>Suite A<br>Tampa, FL 33609-2849 | Nancy J. Pepe<br>10 Glenbrooke Drive<br>White Plains, NY 10605-5008 | NaturZone Pest Control<br>1899 Porter Lake Drive<br>#103<br>Sarasota, FL 34240-7897 |
| OTIS<br>One Farm Springs<br>Farmington, CT 06032-2557 | OTIS Elevator Company<br>Post Office Box 905454<br>Charlotte, NC 28290-5454 | Office of US Attorney<br>Attn Civil Process Clerk<br>400 North Tampa St Suite 3200<br>Tampa FL 33602-4774 |
| Otis Elevator Co.<br>Attn: Treasury Services<br>J Parent, 3rd Floor<br>1 Farm Springs<br>Farmington, CT 06032-2572 | PR Distributors<br>1251 Seeds Avenue<br>Sarasota, FL 34237-2985 | Pamela Parsons<br>28 Bayberry Lane<br>Florence, MA 01062-9739 |
| Partnership Agreement<br>Colony Beach & Tennis Club L<br>1620 Gulf of Mexico Drive<br>Longboat Key, FL 34228-3499 | Paul G. Morton Ttee<br>c/o Pearson Rumway Corp.<br>2 Bloor Street W. Ste 2600<br>Toronto, Ontario, Canada M4 | Paul and Barbara Anibole<br>William Adams<br>15 True Harbor Way<br>West Islip, NY 11795-5147 |
| Paul and Claudia Elhoff<br>3 Landing Lane<br>West Islip, NY 11795-5149 | Penny Wickey<br>Bruce and Ronald Pinsky<br>560 Cole Avenue<br>Providence, RI 02906-4925 | Peter Kohnstamm<br>100 New Roc City Place<br>Apt. 414<br>New Rochelle, NY 10801-6538 |
| Philip Rosenthal and<br>Barbara Pearson<br>1 Washington Square, Apt 6F-<br>Larchmont, NY 10538-2009 | Philip and Jo Childs<br>Robert and Diane Childs<br>2 Emil Court<br>Huntington, NY 11743-2537 | Phillip and Jacqueline<br>Eissenstat<br>145 Shalimar Drive<br>Rochester, NY 14618-4333 |
| Premium Assignment Corp.<br>3522 Thomasville Road<br>Suite 400<br>Tallahassee, FL 32309-3488 | Pro-C<br>c/o Alfred Wilder Mgn Partne<br>3446 Winding Oaks Drive<br>Longboat Key, FL 34228-4132 | R.F. and Margaret Erazmus<br>William and Dorothea Ashley<br>1942 Cheshire Lane<br>Wheaton, IL 60189-8549 |

Rags Family LP
2217 Battleground Drive
Murfreesboro, TN 37129-6006

Ralph and Joy Shephard
18 Bayview Ride Crescent
Toronto
Ontario, Canada  M2L 1E9

Raymond Lawson III
7346 Bellingham Drive
Knoxville, TN 37919-8195


Raymond and Betsy Kotcher
335 W. Pine Street
Long Beach, NY 11561-1801

Rec. Facilities Lessors
1620 Gulf of Mexico Drive
Longboat Key, FL 34228-3403

Rexel Electrical & Datacom
7260 15th Street East
Sarasota, FL 34243-3276


Richard E. Whitmer
1438 Meadowbrook Lane
East Lansing, MI 48823-2146

Richard and Barbara Gerloff
77 Tunstall Road
Scarsdale, NY 10583-6320

Richard and Diane Blanc
Steven and Phillipa Freedman
1070 Longcreek Pointe
Alpharetta, GA 30005-6974


Richard and Nancy Hoey
1241 Gulf of Mexico Drive
Unit 601
Longboat Key, FL 34228-4607

Richard and Ruth Hollings
4 Saint Erics Rd.
Bessacarr Doncaster
South Yorkshire, England  DN

Harley E. Riedel
Stichter, Riedel, Blain & Prosser
110 East Madison St., #200
Tampa, FL 33602-4718


Harley E. Riedel, Mediator
Stichter, Riedel, Blain & Prosser
110 East Madison Street, Suite 200
Tampa, FL 33602-4718

Robert A. Peruzzi
87 Chadbourne Drive
Hudson, OH 44236-1645

Robert Gettinger
1407 Broadway
New York, NY 10018-5100


Robert Musgjerd
1536 Primrose Lane
Glenview, IL 60026-7772

Robert Schlageter
Post Office Box 4289
Babylon, NY  11702

Robert T. Fagan, Jr.
Mike and Terry Fagan, et al.
9040 S 83rd Court
Hickory Hills, IL 60457-1420


Robert and Bonny Israeloff
455 Longboat Club Road
Apt. 704
Longboat Key, FL 34228-3841

Robert and Kitt Rosenthal
61 Birchall Drive
Scarsdale, NY 10583-4504

Robert and Laurie Sabatelle
One Court Street
Lebanon, NH 03766-1358


Robert and Lorraine Prignano
178 Lake Road
Huntington, NY 11743-3965

Robert and Lynne Sommerstein
15 Shadow Wood Drive
East Amherst, NY 14051-1715

Robert and Sandra Hutchins
3307 Renard Lane
Saint Charles, IL 60175-4601


Robert and Susan Coyne
3070 Grand Bay Blvd.
Unit 635
Longboat Key, FL 34228-4194

Rochelle Hino Ttee
Peter W. Hino Trust
29 9th Avenue
Seaside Park, NJ 08752-1815

Roland and Gloria Eckstein
25 Pelican Road
Middletown, NJ 07748-3237


Ronald and Bruce Pinsky
Robert and Penny Wickey
560 Cole Avenue
Providence, RI 02906-4925

Ronald and Jette Pidgeon
2208 Covemont Drive
Huntsville, AL 35801-2255

Ronald and Jette Pidgeon
2208 Covemont Drive SE
Huntsville, AL 35801-2255

Rooter Express
Plumbing & Drain
Post Office Box 50323
Sarasota, FL 34232-0302

Rooter Express Plumbing &
Drain
3449 Technology Drive, Ste 1
Nokomis, FL 34275-3643

Roto-Rooter
Post Office Box 1596
Tallevast, FL 34270-1596

Roxie Sahakian Ttee
6825 Candlewood Trail
West Bloomfield, MI 48322-3923

SARA United Refrigeration In
Sarasota Commerce Center
7455 16th Street East, Ste 1
Sarasota, FL 34243-6809

Salvatore Zizza
1 Gracie Square
New York, NY 10028-8001

Salvatore Zizza
Thomas Bright
1 Gracie Square
New York, NY 10028-8001

Sandford and Carol Cooper
315 Highland Road S.
South Orange, NJ 07079-1515

Sanford and Carol Cooper
315 Highland Road
South Orange, NJ 07079-1515

Sarasota Glass, Mirror &
Auto Glass
3108 Clark Road
Sarasota, FL 34231-7308

Sarasota Trophy & Awards, In
6601 Superior Avenue
Sarasota, FL 34231-5837

Scott Paint #4
4034 N. Washington Blvd.
Sarasota, FL 34234-4847

Sheila Forrest
2 Autumn Way
Chappaqua, NY 10514-3816

Sheila Goldblatt
12 Romala Drive
Great Neck, NY 11024-1728

Sheila Goldblatt
1620 Gulf of Mexico Drive
Unit 2025
Longboat Key, FL 34228-3403

Sheldon Dorfman
1490 St. Clare Road
Montreal
Quebec, Canada  H3R 2N7

Sheldon Dorfman
5025 Sherbrooke W. #230
Montreal
Quebec, Canada  H4A 1S9

Sheldon and Carol Rabin
59 Wensley Drive
Great Neck, NY 11020-1835

Shirley Sivitz
820 Church Road
Elkins Park, PA 19027-1308

Simplex Grinnell
50 Technology Dr
Westminster, MA 01441-0001

SimplexGrinnell
Dept. CH 10320
Palatine, IL 60055-0001

Sixto and Lilia Maceda
353 Dan Troy Drive
Buffalo, NY 14221-3513

Robert A. Soriano
Greenberg Traurig, P.A.
625 East Twiggs Street
Suite 100
Tampa, FL 33602-3925

Sparkle Brite Pool Stores
4485 Golden Lake Drive
Sarasota, FL 34233-1981

Sparkle-Brite Pool Supplies
Bee Ridge
8703 Maple Lake Place
Tampa, FL 33635-6323

Stanley and Carol Levy
1088 Park Avenue
Apt. 3F
New York, NY 10128-1132

Steven Jaffee
5 Horizon Road
Apt. 1702
Fort Lee, NJ 07024-6640

Steven Thompson
20 Sunnydale Drive
Glen Haven
New Brunswick, Canada  B3Z 2

Stuart Plesser
Lauren Haskin
500 E. 77th Street, Unit 112
New York, NY 10162-0025

Stuart and Joan Ross
Bigwood Management Ltd.
1 Wayland Avenue, 305N
Providence, RI 02906-4563

| | | |
|---|---|---|
| Susan L. Goodman<br>14 Abbott Avenue<br>Ocean Grove, NJ 07756-1302 | Susan Ratcliffe<br>Stephanie Kovar<br>92 Fields Rock Road<br>Southport, CT 06890-1015 | Terrence Young<br>2 MacDonnell Road<br>Apt. 3203<br>Mid Levels, Hong Kong |
| Terry A. Hill-Curtis<br>400 Hillcrest Drive<br>Prospect Heights, IL 60070-1311 | The Flagman LLC<br>4405 17th Street<br>Sarasota, FL 34235-1800 | The Home Depot 0244<br>2350 Cortez Road West<br>Bradenton, FL 34207-1246 |
| Thomas Hunt<br>Laurie Dann<br>771 W. Ferry Court<br>Buffalo, NY 14222-1618 | Thomas J. O'Donnell<br>2165 Gulf of Mexico Drive<br>Unit 312<br>Longboat Key, FL 34228-5200 | Thomas Thomson<br>71 Dearborne Avenue<br>Toronto<br>Ontario, Canada  M4K 1M6 |
| Thomas and Elsie Kearns<br>54 Edgewood Avenue<br>Larchmont, NY 10538-2338 | Thomas and Patricia McMahon<br>1220 Chilver Road<br>Windsor<br>Ontario, Canada  N8Y 2L1 | Timothy and Avice O'Connor<br>3390 Elwood Avenue<br>Rochester, NY  14610 |
| Timothy and Judith Shea<br>18 Blind Brook Lane<br>Greenwich, CT 06831-3202 | Tri-Tech<br>Post Office Box 26444<br>Tampa, FL 33623-6444 | Triset I<br>3610 Grace Avenue<br>Thiensville, WI 53092-2757 |
| United Refrigeration Inc.<br>Post Office Box 740703<br>Atlanta, GA 30374-0703 | United States Trustee - TPA<br>Timberlake Annex, Suite 1200<br>501 E Polk Street<br>Tampa, FL 33602-3949 | Vangala and Shashikala Reddy<br>Katikineni and B. Rao<br>92 Cheryl Ann Drive<br>Coldwater, MI 49036-1057 |
| Lori V Vaughan<br>Trenam Kemker<br>101 E. Kennedy Boulevard<br>Suite 2700<br>Tampa, FL 33602-5170 | Verizon Select Services Inc.<br>Post Office Box 101956<br>Atlanta, GA 30392-1956 | Vernon's Sparkle Brite<br>Pool Stores<br>4485 Golden Lake Drive<br>Sarasota, FL 34233-1981 |
| Walter Miller Ttee<br>c/o Heritage Trust Co.<br>17500 S. Oak Park Drive<br>Tinley Park, IL 60477-3989 | Walter and Vicki Erazmus<br>71 White Cedar Drive<br>East Amherst, NY 14051-1260 | Jeffrey W. Warren<br>Bush Ross, P.A.<br>Post Office Box 3913<br>Tampa, FL 33601-3913 |
| Waste Management of Manatee<br>6120 21st Street E<br>Bradenton, FL 34203-5005 | Wayne and Paula Slattery<br>1024 Ocean Blvd.<br>Hampton, NH 03842-1500 | Wholesale Landscape Supply I<br>2423 Manatee Avenue West<br>Bradenton, FL 34205-4933 |
| William Adams<br>c/o Management Advisory Sour<br>750 S. Church St., Ste B<br>Murfreesboro, TN 37130-4926 | William Crothers<br>Post Office Box 214<br>Markham<br>Ontario, Canada  L3P 3J7 | William Finneran<br>530 E. 76th Street<br>Apt. 28EG<br>New York, NY 10021-3138 |

| | | |
|---|---|---|
| William W. Merrill<br>Carolyn L. Field<br>c/o Chad Bowen<br>400 N. Ashley Dr, Ste 2540<br>Tampa, FL 33602-4317 | William W. Merrill, Trustee<br>Carolyn L. Field, Trustee<br>c/o Chad S. Bowen<br>Jennis & Bowen, P.L.<br>400 N. Ashley Drive, Suite 2540<br>Tampa, FL 33602-4317 | William W. Merrill, Trustee<br>c/o M. Lewis Hall, III, Esquire<br>200 S. Orange Avenue<br>Sarasota, FL 34236-6802 |
| William and Julie Cawood<br>2511 Raby Road<br>East Lansing, MI 48823-6907 | William and Lynette Ames<br>7015 Town Bluff Drive<br>Dallas, TX 75248-5523 | William and Valerie Warren<br>100 Lake Ledge Drive<br>Buffalo, NY 14221-5752 |
| Wilson Sporting Goods<br>Post Office Box 3135<br>Carol Stream, IL 60132-0001 | Mark J. Wolfson<br>Foley & Lardner<br>100 North Tampa Street, Suite 2700<br>PO Box 3391<br>Tampa, FL 33601-3391 | Zoltan Szabo<br>Auf dem Heidchen 20<br>Odenthal, Germany  D51519 |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Internal Revenue Service
P.O. Box 21126
Philadelphia, PA 19114

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)Affordable Palm Service | (d)Beth Callans Management Corp<br>595 Bay Isles Road<br>#200<br>Longboat Key, FL 34228-3135 | (d)Castle Commercial Services L<br>DBA Men At Work<br>5674 Marquesas Circle<br>Sarasota, FL 34233-3331 |
| (u)Colony Beach & Tennis Club Ass'n, Inc. | (d)Colony Beach & Tennis Club L<br>1620 Gulf of Mexico Drive<br>Longboat Key, FL 34228-3499 | (d)Colony Beach & Tennis Club, Ltd.<br>1620 Gulf of Mexico Dr.<br>Longboat Key, FL 34228-3499 |
| (d)Colony Beach Assocs., Ltd.<br>1620 Gulf of Mexico Dr.<br>Longboat Key, FL 34228-3499 | (d)Comcast Communications<br>Post Office Box 105184<br>Atlanta, GA 30348-5184 | (d)Dean Feltham<br>21 Elm Ridge Acres Road<br>Thornhill, Ontario, Canada |
| (d)FAST - Florida Appraisal<br>Solution Team<br>2941 Cypress Creek Rd. Ste 1<br>Fort Lauderdale, FL 33309-1762 | (u)FedEx | (d)Friendly Pool Services<br>1777 Northgate Blvd.<br>A-7<br>Sarasota, FL 34234-2129 |

| | | |
|---|---|---|
| (d)HD Supply Inc.<br>Post Office Box 101888<br>Atlanta, GA 30392-1888 | (d)Hi-Lite Services, Inc.<br>8466 N. Lockwood Ridge Rd.<br>Sarasota, FL 34243-2951 | (u)Imperial Premium Finance Inc. |
| (d)Karins Engineering Group Inc<br>2017 Fiesta Drive<br>Sarasota, FL 34231-3415 | (d)Elsie Kearns<br>54 Edgewood Ave<br>Larchmont, NY 10538-2338 | (d)Kenneth F. Kandefer, CPA<br>2262 Gulf Gate Drive<br>Sarasota, FL 34231-4815 |
| (u)John M. Lamont | (u)Stanley J. Levy | (d)N&N Supply<br>Post Office Box 3042<br>Sarasota, FL 34230-3042 |
| (d)NaturZone Pest Control<br>1899 Porter Lake Drive<br>#103<br>Sarasota, FL 34240-7897 | (d)OTIS<br>One Farm Springs<br>Farmington, CT 06032-2557 | (d)Premium Assignment Corp.<br>3522 Thomasville Road<br>Suite 400<br>Tallahassee, FL 32309-3488 |
| (u)Rooter Express | (d)Rooter Express<br>Plumbing & Drain<br>Post Office Box 50323<br>Sarasota, FL 34232-0302 | (d)Scott Paint #4<br>4034 N. Washington Blvd.<br>Sarasota, FL 34234-4847 |
| (u)The members of the Associati<br>are all of the record owners<br>of Units at the Colony Beach<br>Tennis Club, a, Condominium | (d)United Refrigeration Inc.<br>Post Office Box 740703<br>Atlanta, GA 30374-0703 | (d)Waste Management of Manatee<br>6120 21st Street E<br>Bradenton, FL 34203-5005 |
| (d)William Adams<br>c/o Management Advisory Sour<br>750 S. Church Street, Ste B<br>Murfreesboro, TN 37130-4926 | (u)Wilson Sporting Goods Co. | End of Label Matrix<br>Mailable recipients   338<br>Bypassed recipients    32<br>Total                  370 |